**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNICHEM LABORATORIES LIMITED and UNICHEM PHARMACEUTICALS (USA) INC., <br><br> Defendants. | C.A. No. 20-cv-05439 |

**STIPULATION OF DISMISSAL**

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs Bayer Intellectual Property GmbH, Bayer AG, and Janssen Pharmaceuticals, Inc. (collectively, "Plaintiffs") and Defendants Unichem Laboratories Limited and Unichem Pharmaceuticals (USA) Inc. (collectively, "Unichem"), hereby stipulate and agree that Plaintiffs' action against Unichem and Unichem's action against Plaintiffs, including all claims and defenses asserted by Plaintiffs against Unichem and all claims and defenses asserted by Unichem against Plaintiffs, are hereby dismissed with prejudice. All parties shall bear their own costs, disbursements and attorneys' fees.

Dated: September 2, 2020    Respectfully submitted,

| | |
|---|---|
| s/ *Keith J. Miller* | s/ *Gregory D. Miller* |
| Keith J. Miller | Gregory D. Miller |
| **ROBINSON MILLER LLC** | **RIVKIN RADLER LLP** |
| Ironside Newark | 25 Main St., Suite 501 |
| 110 Edison Place, Suite 302 | Court Plaza North |
| Newark, NJ 07102 | Hackensack, NJ 07601-7021 |
| (973) 690-5400 | (201) 287-2474 |
| *Attorneys for Plaintiffs Bayer Intellectual Property GmbH, Bayer AG, and Janssen Pharmaceuticals, Inc.* | *Attorneys for Defendants, Unichem Inc. (a/k/a/ Unichem Laboratories, Ltd.) and Unichem Pharmaceuticals (USA), Inc.* |
| Of Counsel: | Of Counsel: |
| Bruce R. Genderson | Paul A. Braier |
| Dov P. Grossman | **GREENBLUM & BERNSTEIN, P.L.C.** |
| Alexander S. Zolan   Kathryn S. Kayali | 1950 Roland Clark Place, Suite 100 |
| **WILLIAMS & CONNOLLY LLP** | Reston, VA 20191 |
| 725 Twelfth Street NW Washington, DC 20005 | |
| (202) 434-5000 | *Attorneys for Defendants, Unichem Inc. (a/k/a/ Unichem Laboratories, Ltd.) and Unichem Pharmaceuticals (USA), Inc.* |
| *Attorneys for Plaintiffs Bayer Intellectual Property GmbH and Bayer AG* | |

S. Isaac Olson
**SIDLEY AUSTIN LLP**
787 Seventh Avenue New York, NY 10019
(212) 839-5300
*Attorney for Plaintiff Janssen Pharmaceuticals, Inc.*

SO ORDERED

   *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:  9/3/20